UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

**17CV 4942**

JONATHAN BANYAN
                Plaintiff

RECEIVED
SDNY DOCKET UNIT

V.

COMPLAINT
under the
Civil Rights Act, 42 U.S.C
Section 1983

POLICE OFFICER CRAIG SILORSKI;
POLICE OFFICER JOSEPH TENNARIELLO;
LIEUTENANT IAN RULE; SGT. JOHN
BECERRA; DETECTIVE PAUL BRAUER;
THE CITY OF NEW YORK

Jury Trial: Yes

----------------------------------x

I. Parties in this complaint:

| | |
|---|---|
| Plaintiff: | Jonathan M. Banyan<br>Downstate Correctional Facility<br>Box F Red Schoolhouse Road<br>Fishkill, New York 12524 |
| Defendant No. 1: | Craig Sikorski<br>Police Officer, 6th Precinct |
| Defendant No. 2: | Joseph Tennariello # 12821<br>Police Officer 6th Precinct |
| Defendant No. 3: | Ian Rule<br>Lieutenant, 6th Precinct |
| Defendant No. 4: | John Becerra # 4741<br>Sergeant, 6th Precinct |
| Defendant No. 5: | Paul Brauer # 4133<br>ESU Officer |
| Defendant No. 6 | The City of New York<br>New York, New York 10007 |

II. Statement of Claim:

On March 20th 2016 at Approximately 3:50 am the plaintiff was on his way home, when suddenly an unmarked black vehicle pulled up and three plain clothed officers, Lt. Rule, Officer Sikorski, Officer Tennariello jumped out with his firearm telling me to put my hands up. I was immediately rushed into a corner by Officer Tennariello whom pinned my hands and face against the wall.

I was then told by Officer Tennariello that I was under arrest. I asked the Officer "what am I under arrest for?" I stated to the Officer that "I did not commit any crime".

Officer Tennariello Became agitated and punched me in the head then face in front of onlooking pedestrians. Officer Tennariello then began to grab on my clothes and continued to punch me.

Officer Sikorski Aided Officer Tennariello in the abuse and both Officers started punching me.

An Unknown Officer lifted up my legs from behind which caused me to be violently slammed on my face and stomach at which point I was brutally beaten by several officers, repeatedly kicked and punched.

Sergeant Becerra tazed me three times after which I was dragged by my legs by Lt. Rule. Lt Rule began to stomp on my legs and placed a night stick on my achilles which left me in extreme pain.

I was rear cuffed violently placed into a police vehicle and taken to the Precinct without medical attention. I continuously requested medical attention. Three hours later ESU arrived at which time I was beaten again in my cell by Det. Paul Brauer and his Partner.

I was placed into a mechanically restraint bag which was so tight against my body it was hard for me to breathe.

I was returned to the Precinct and charged with Robbery in the second Degree, Stolen Property in the Fourth Degree and the Fith Degree, three counts of Assault on Police Officers and Resisting Arrest.

The District Attorney Declined Prosecution of Robbery and the stolen Property was dismised . I was forced to go to trial on 2 counts of Assault on Police Officers and resisting arrest.

I was convicted of One count of Assault and Resisting arrest. I was sentenced to Five years imprisonment and My sentence is currently under Appellant review.

III. Injuries:

False Arrest, Assault and Battery, Unlawful Imprisonment, Malicious Prosecution, Pysical and Mental Anguish.


IV.   Exhaustion of Administrative Remedies:

Not Applicable.

V.  Relief:

The Plaintiff seeks Compensatory, Punitive and Nominal Relief in the amount of $300,000,000 USD Legal Tender.

VI.  Previous Lawsuits:

No other Lawsuits have been filed in Federal Court involving this action

Signed this 26 day of June, 2017. I declare under the penalty of perjury the the foregoing is true and correct.

> Jonathan Banyan
> Downstate Correctional Facility
> Box Red Schoolhouse Road
> Fishkill, New York 12524

I declare under the penalty of perjury that on this 26 day of June, 2017 I will deliver this complaint to the Prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _J. Banyan_

26 Sworn to before me this day of June 20 17

Notary Public

Carmile Pringle
Notary Public, State of New York
No. 01PR6092127
Qualified in Dutchess County
Commission Expires 5/12/19

Downstate Correctional Facility
Red Schoolhouse Road - Box #
Fishkill, NY, 12524-0445

Jonathan Banyan, MA 2281

RECEIVED
SDNY DOCKET UNIT
2017 JUN 29  PM 3:08

USMP3
SDNY



DOWNSTATE
CORRECTIONAL
FACILITY

Pro Se Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 230
New York, New York 10007



UNITED STATES POSTAGE
$01.61°
PITNEY BOWES
02 1M
0004279598  JUN 27 2017
MAILED FROM ZIPCODE 12524



Legal Mail