```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
JONATHAN C. BANYAN,                                             :
                                                                :
                       Plaintiff,                               :
                                                                :    17-cv-4942 (LJL)
       -v-                                                      :
                                                                :    ORDER
CRAIG SIKORSKI, ET AL,                                          :
                                                                :
                       Defendants.                              :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020

LEWIS J. LIMAN, United States District Judge:

      The Magistrate Judge to whom this case had been referred for general pretrial matters has advised that all discovery is complete. (Dkt. No. 144.)

      IT IS HEREBY ORDERED that each party shall submit a status letter, to include proposals for next steps in this case, by August 3, 2020.

      Counsel for Defendants is directed to notify Plaintiff of this order and file proof of service on the docket.

      SO ORDERED.

Dated: June 23, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge