```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JONATHAN BANYAN,                                                  :
                                                                  :
                              Plaintiff,                          :
                                                                  :         17-cv-4942 (LJL)
            -v-                                                   :
                                                                  :            ORDER
P.O. SIKORKSI, et al.,                                            :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2020

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of a letter from Defendant asking that the Court stay the proceeding in this case while a pending criminal case against Plaintiff is resolved.  Dkt. No. 162. Plaintiff is directed to respond to the letter motion by December 3, 2020 at 5:00 p.m.

SO ORDERED.

Dated: November 29, 2020
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge