UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN C. BANYAN,<br><br>       Plaintiff,<br><br>-against-<br><br>POLICE OFFICER CRAIG SIKORSKI, POLICE OFFICER JOSEPH TENNARIELLO, LIEUTENANT IAN RULE, SERGEANT JOHN BECERRA, ESU OFFICER PAUL BRAUER, and THE CITY OF NEW YORK,<br><br>       Defendants. | Case No. 1:17-cv-04942 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter, dated October 11, 2022, filed in response to the Court's September 26, 2022 Reassignment Order.  ECF No. 227.  In light of the fact that this action has been stayed pending the resolution of a now-resolved criminal case and is now proceeding, IT IS HEREBY ORDERED that the parties shall appear for a status conference on **November 7, 2022**, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007 to discuss the schedule in this case.

Dated: October 12, 2022                SO ORDERED.
   New York, New York

                                      _____
                                      JENNIFER L. ROCHON
                                      United States District Judge