

**THE CITY OF NEW YORK**

| | **LAW DEPARTMENT** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** | 100 CHURCH STREET | **NICOLETTE PELLEGRINO** |
| *Corporation Counsel* | NEW YORK, NY 10007 | *Assistant Corporation Counsel* |
| | | Phone: (212) 356-2338 |
| | | Fax: (212) 356-3509 |
| | | Email: npellegr@law.nyc.gov |

October 24, 2022

VIA E.C.F.
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The November 7, 2022 conference is adjourned to **November 14, 2022** at 10:00 a.m.
>
> Dated: October 24, 2022
> New York, New York
>
> SO ORDERED
>
> */s/ Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Re:   Jonathan Banyan v. P.O. Sikorski, et al.,
         17 Civ. 4942 (JLR) (DCF)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing the City of New York, Craig Sikorski, Joseph Tennariello, and Ian Rule (collectively, "Defendants") in the above-referenced matter. Defendants write to respectfully request, with Plaintiff's consent, an adjournment of the November 7, 2022 Conference. This is the Defendants' first request for an adjournment of the November 7, 2022 Conference.

      By way of relevant background, on October 12, 2022, the Court scheduled a status conference for November 7, 2022. (See Dkt. No. 228.) However, the undersigned is unable to participate in a court conference on November 7, 2022, because she will be attending a deposition in an unrelated matter on that date. Thus, the Defendants respectfully request, with Plaintiff's consent, an adjournment of the November 7, 2022 Conference. The parties are mutually available on either November 9, November 14, or November 18.

      Accordingly, Defendants respectfully request, with Plaintiff's consent, an adjournment of the November 7, 2022 Conference to either November 9, November 14, November 18, or to another date that is convenient for the Court and both parties.

The Defendants thank the Court for its consideration.

                                                  Respectfully submitted,

                                                  /s/  *Nicolette Pellegrino*  
                                                  Nicolette Pellegrino  
                                                  *Assistant Corporation Counsel*  
                                                  Special Federal Litigation Division

CC:    <u>VIA E.C.F.</u>  
        Karl Huth, Esq.  
        Mathew Reynolds, Esq.  
        Joshua Luke Rushing, Esq.  
        *Pro Bono Counsel for Plaintiff*