

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**NICOLETTE PELLEGRINO**
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
Email: npellegr@law.nyc.gov

March 9, 2023

VIA E.C.F.
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*The request is GRANTED. The post-discovery conference is adjourned to **August 30, 2023** at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse. The corresponding deadlines are also adjourned accordingly.*

Dated: March 9, 2023
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   Jonathan Banyan v. P.O. Sikorski, et al.,
       17 Civ. 4942 (JLR) (DCF)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing the City of New York, Craig Sikorski, Joseph Tennariello, John Becerra, and Ian Rule (collectively, "Defendants") in the above-referenced matter. Defendants write to respectfully request, with Plaintiff's consent, a brief adjournment of the August 22, 2023 Conference, and a corresponding extension of time for the three associated deadlines. This is the Defendants' first request for an adjournment of the August 22, 2023 Conference.

By way of relevant background, on March 8, 2023, the Court scheduled a conference for August 22, 2023. (See Dkt. No. 246.) With the scheduling of that conference, the following deadlines were set: (a) "[n]o later than one week in advance of the conference, the parties are to submit a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates"; (b) "[i]f a party wishes to move for summary judgment or to exclude expert testimony, it must, no later than three weeks before the conference, file a letter"; and (c) "any response letter shall be filed no later than two weeks before the conference." (See id.)

However, the undersigned is unable to participate in a court conference on August 22, 2023, because she will be out of the office and unavailable due to a previously scheduled vacation. Thus, the Defendants respectfully request, with Plaintiff's consent, an adjournment of the August 22, 2023 Conference. The parties are mutually available on August 29, 30, and 31 and on September 1, 5, 6, 7, and 8.

Accordingly, the Defendants respectfully request, with Plaintiff's consent: (a) a brief adjournment of the August 22, 2023 Conference to either August 29, August 30, August 31, September 1, September 5, September 6, September 7, September 8, or to another date that is convenient for the Court and both parties; and (b) a corresponding extension of time of the three associated deadlines.

The Defendants thank the Court for its consideration.

Respectfully submitted,

/s/ *Nicolette Pellegrino*
Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC: VIA E.C.F.
Karl Huth, Esq.
Mathew Reynolds, Esq.
Joshua Luke Rushing, Esq.
*Pro Bono Counsel for Plaintiff*