

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

NICOLETTE PELLEGRINO
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3558
Email: npellegr@law.nyc.gov

October 10, 2023

VIA E.C.F.
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request to adjourn the **October 13, 2023** conference is GRANTED.  The conference shall instead be held in person in Courtroom 20B on **October 17, 2023** at 11:00 a.m.

Date:    October 10, 2023
     New York, New York

SO ORDERED.

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    Jonathan Banyan v. P.O. Sikorski, et al.,
     17 Civ. 4942 (JLR) (DCF)

Your Honor:

     I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing the City of New York, Craig Sikorski, Joseph Tennariello, John Becerra, and Ian Rule (collectively, "Defendants") in the above-referenced matter. Defendants write to respectfully request, with Plaintiff's consent, a brief adjournment of the October 13, 2023 Conference. This is the Defendants' first request for an adjournment of the October 13, 2023 Conference.

     By way of relevant background, today, on October 10, 2023, the Court scheduled a "remote video conference on October 13, 2023 at 4:00 p.m. to address the parties' discovery dispute." (Dkt. No. 262.)

     However, the undersigned is unable to participate in a court conference on October 13, 2023, because she will be out of the office and unavailable due to a previously scheduled vacation. Thus, the Defendants respectfully request, with Plaintiff's consent, an adjournment of the October 13, 2023 Conference. The parties are mutually available on (i) October 16, 2023, from 9 a.m. to 3:30 p.m., (ii) October 17, 2023, at any time, and (iii) October 18, 2023, from 2 p.m. to 4 p.m.

     The Defendants thank the Court for its consideration.

Respectfully submitted,

/s/   *Nicolette Pellegrine*

Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:   <u>VIA E.C.F.</u>
Karl Huth, Esq.
Mathew Reynolds, Esq.
Joshua Luke Rushing, Esq.
*Pro Bono Counsel for Plaintiff*