UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN C. BANYON,<br><br>                              Plaintiff,<br><br>             -against-<br><br>CRAIG SIKORSKI, et al.,<br><br>                              Defendants. | 1:17-cv-04942 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

In the interest of expediting the resolution of this 2017 case, *see* Fed. R. Civ. P. 1, the Court will set down an earlier schedule for premotion letters, if any, on any anticipated dispositive motions, assuming that such motions do not depend on expert discovery. The parties are instructed to advise the Court if this assumption is incorrect.

Thus, by October 31, 2023, the parties shall submit letters to the Court, not to exceed three pages in length, stating (1) whether they intend to file a motion for summary judgment; and if so, (2) setting forth the basis for the anticipated motion, including the legal standards governing the claim(s) at issue. Any opposing letter shall be filed by November 7, 2023 and shall not exceed three pages in length. The Court will thereafter schedule a premotion conference to discuss any proposed motions and, if a motion is permitted, a prompt briefing schedule.

Notwithstanding Rule 3.J of the Rochon Individual Rules of Practice in Civil Cases, motions to exclude experts, if any, will not be due until a later date to be set by this Court.

Dated: October 17, 2023
          New York, New York

                                                                                SO ORDERED.

                                                                                *Jennifer Rochon*
                                                                                _____
                                                                                JENNIFER L. ROCHON
                                                                                United States District Judge