

Luke Rushing • 202-420-9628 • lrushing@huthreynolds.com • 41 Cannon Court, Huntington NY 11743

December 26th, 2023

By ECF

Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Plaintiff's motion to seal certain portions of his summary-judgment opposition is GRANTED.

Dated: December 26, 2023
New York, New York

SO ORDERED.

_____
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Jonathan Banyan v. P.O. Sikorski, et al.*, 17 Civ. 4942

Your Honor:

    We are *pro bono* counsel to Plaintiff Jonathan Banyan in this matter. I write today to inform the Court, pursuant to the Court's February 3, 2023 Order, that the Plaintiff will be filing certain portions of his summary judgment opposition that concern grand jury proceedings with redactions. Plaintiff hereby requests that he be permitted to file unredacted copies of such papers under seal. Plaintiff has attempted to contact opposing counsel but she appears to be on holiday leave. We thank the Court for its consideration.

Respectfully submitted,

    /s/ *Joshua Luke Rushing*
Luke Rushing

*Counsel for Plaintiff Jonathan Banyan*

cc: Nicolette Pellegrino, Esq. via ECF