

Luke Rushing • 202-420-9628 • lrushing@huthreynolds.com • 41 Cannon Court, Huntington NY 11743

January 5th, 2024

*By ECF*

Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Jonathan Banyan v. P.O. Sikorski, et al.*, 17 Civ. 4942

> The motion to seal the documents filed at ECF Nos. 291-9 and 291-10 is GRANTED. The Clerk of Court is respectfully directed to (1) maintain the documents associated with the above-referenced docket numbers under seal until further Order of the Court; and (2) restrict access to those documents to the "selected party" viewing level.
>
> Dated: January 5, 2024
>        New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Your Honor:

We are *pro bono* counsel to Plaintiff Jonathan Banyan in this matter. I write today to inform the Court that on December 27th, 2023, I unintentionally filed two exhibits containing confidential information. The two exhibits were Exhibit 11 and Exhibit 13 to the Rushing Declaration, docket numbers 291-9 and 291-10, respectively. With the Defendants' consent, we hereby move to seal those documents. Attached hereto are copies of those documents with all confidential information removed, but all relevant information still intact. I sincerely apologize for the oversight and thank Ms. Pellegrino for promptly calling my attention to the matter. We thank the Court for its consideration.

Respectfully submitted,

    /s/ *Joshua Luke Rushing*
Luke Rushing

*Counsel for Plaintiff Jonathan Banyan*

cc: Nicolette Pellegrino, Esq. via ECF