

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | NICOLETTE PELLEGRINO<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2338<br>Fax: (212) 356-3509<br>Email: npellegr@law.nyc.gov |
|---|---|---|

January 9, 2024

VIA E.C.F.
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Defendants' request to filed unredacted copies of their summary-judgment reply papers that reference grand-jury testimony under seal is GRANTED.**

**Dated: January 10, 2024
New York, New York**

Re:   Jonathan Banyan v. P.O. Sikorski, et al.,
      17 Civ. 4942 (JLR)

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON
United States District Judge**

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing the City of New York, Ian Rule, Craig Sikorski, Joseph Tennariello, and John Becerra (collectively, "Defendants") in the above-referenced matter. Defendants write to respectfully request, with Plaintiff's consent, leave to file unredacted copies of their summary judgment reply motion papers that reference grand jury testimony under seal.

   By way of relevant background, the Court has permitted the parties to file certain documents concerning the Defendants' summary judgment motion under seal because those documents reference grand jury testimony, or contain a portion of grand jury testimony. (See Dkt. Nos. 279, 285.)

   The Defendants' Reply papers concerning their summary judgment motion are due on January 11, 2024 (see Dkt. No. 293), and will likewise make references to grand jury testimony.

   Accordingly, the Defendants respectfully request, with Plaintiff's consent, that they be permitted to file unredacted copies of their reply motion papers that reference grand jury testimony under seal.

The Defendants thank the Court for its consideration.

                                                  Respectfully submitted,

                                                  /s/   *Nicolette Pellegrino*

                                                  Nicolette Pellegrino
                                                  *Assistant Corporation Counsel*
                                                  Special Federal Litigation Division

CC:    <u>VIA E.C.F.</u>
        Karl Huth, Esq.
        Mathew Reynolds, Esq.
        Joshua Luke Rushing, Esq.
        *Pro Bono Counsel for Plaintiff*