UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN C. BANYAN,

                              Plaintiff,

                -against-

POLICE OFFICER CRAIG SIKORSKI et al.,

                              Defendants.

Case No. 1:17-cv-04942 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Clerk of Court is respectfully directed to lift the stay entered at ECF No. 210.

Dated: April 1, 2024
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge