UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN C. BANYAN,

                        Plaintiff,

-against-

POLICE OFFICER CRAIG SIKORSKI et al.,

                        Defendants.

Case No. 1:17-cv-04942 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      By **May 10, 2024**, the parties shall submit a joint letter advising the Court of their respective positions as to which portions, if any, of the Court's summary-judgment opinion should remain under seal (with authority supporting any requests for redaction). *See, e.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 123 (2d Cir. 2006) ("[D]ocuments used by parties moving for, or opposing, summary judgment should not remain under seal absent the most compelling reasons." (citation omitted)); *Frederick v. New York City*, No. 11-cv-00469 (JPO), 2012 WL 4947806, at *11 (S.D.N.Y. Oct. 11, 2012) ("It is . . . well settled . . . that a federal court is not bound by state law protecting the secrecy of state grand jury proceedings." (quotation marks and citation omitted)); *cf. Douglas Oil Co. of Cal. v. Petrol Stops Nw.*, 441 U.S. 211, 222 (1979) ("[T]he interests in grand jury secrecy, although reduced, are not eliminated merely because the grand jury has ended its activities.").

Dated: May 6, 2024
         New York, New York

                                          SO ORDERED.

                                          JENNIFER L. ROCHON
                                          United States District Judge