UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JONATHAN C. BANYAN

                              Plaintiff,                  **17-CV-4942 (JLR) (VF)**

         -against-                      **ORDER RESCHEDULING**
                                                                   **SETTLEMENT CONFERENCE**

POLICE OFFICER CRAIG SIKORSKI, ET AL

                              Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       The settlement conference in this matter has been rescheduled for **Wednesday, October 16, 2024, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

       Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 9, 2024.**

       SO ORDERED.

DATED:    New York, New York
                August 27, 2024

                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge