UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JONATHAN C. BANYAN,

                    Plaintiff,                    17-CV-4942 (JLR)

      -against-                      **ORDER RESCHEDULING**
                                            **SETTLEMENT CONFERENCE**

POLICE OFFICER CRAIG SIKORSKI, et al.,

                      Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      At the parties' request, the settlement conference scheduled for December 9, 2024 is hereby adjourned to **Wednesday, February 19, 2025 at 10:00 a.m.**

      Pre-conference submissions must be received by the Court no later than **Wednesday, February 12, 2025.** The parties are further instructed that the deadline for the joint pretrial order and pretrial submissions remains January 15, 2025, as set forth in the scheduling order issued by Judge Rochon. See ECF No. 326. The trial also remains scheduled for April 7, 2025. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 327.

      **SO ORDERED.**

DATED:    New York, New York
               December 2, 2024

                                                                  _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge