

Luke Rushing • 202-420-9628 • lrushing@huthreynolds.com • 41 Cannon Court, Huntington NY 11743

March 25, 2025

*By ECF*

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Jonathan Banyan v. P.O. Sikorski, et al.*, 17 Civ. 4942

Your Honor:

    I write on behalf of Plaintiff's counsel to respectfully request that the Final Pretrial Conference scheduled for April 3, 2025 at 10 A.M. be held remotely. Plaintiff's counsel will be traveling from his home in New Mexico for the duration of the trial, and holding the Final Pretrial Conference remotely would reduce the travel burden and trial expenses. The Defendants' counsel does not oppose this request.

    Of course, if the Court prefers to hold the Conference in-person and does not grant this request, Plaintiff's counsel will be present in-person as required. I respectfully thank the Court for its consideration of this request.

    Sincerely,
    */s/ Joshua Luke Rushing*
    Luke Rushing
    *Counsel for Plaintiff Jonathan Banyan*

cc:  KellyAnne Holohan Esq. via ECF