UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                Plaintiff,

      -against-                            \_\_\_\_\_ Civ. _____ ( \_\_\_\_ ) ( \_\_\_\_ )

                                                               NOTICE OF APPEARANCE OF
                                                               *PRO BONO* COUNSEL

                                Defendant.
------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter my appearance as *pro bono* counsel in this case on behalf of:

      _____

      _____

      I certify that I am admitted to practice in this Court.

_____                                       _____
Date                                                         Signature

                                                            _____
                                                            Print Name                  Bar No.

                                                            _____
                                                            Address

                                                           _____
                                                            City           State          Zip Code

                                                            _____
                                                            Phone No.                  Fax. No.

                                                            _____
                                                            Email Address