UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN C. BANYAN,<br><br>        Plaintiff,<br><br>-against-<br><br>POLICE OFFICER CRAIG SIKORSKI, et al.,<br><br>        Defendants. | Case No. 1:17-cv-04942 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons set forth on the record during the final pretrial conference, the parties' motions in limine, Dkts. 339, 340, are GRANTED in part and DENIED in part.  Defendants' *Daubert* motion, Dkt. 338, is GRANTED in part and DENIED in part.

Dated: April 3, 2025
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge