UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BANYAN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>POLICE OFFICER CRAIG SIKORSKI, POLICE OFFICER JOSEPH TENNARIELLO,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:17-cv-04942 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　As discussed on the record, the Court will set the following briefing schedule for Defendants' post-trial motions: (1) Defendants' opening brief shall be due **May 5, 2025**; (2) Plaintiff's opposition shall be due **May 19, 2025**; and (3) Defendants' reply shall be due **May 26, 2025**.

Dated: April 14, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_Jennifer Rochon_
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1