

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, N.Y. 10007

**JACQUELYN DAINOW**
*Senior Counsel*
Tel.: (212)-356-0896
Fax: (212) 356-3509
jadainow@law.nyc.gov

May 2, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Banyan v. Sikorski et al.,
               17-cv-04942 (JLR)

Your Honor:

      I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, representing Defendant Joseph Tennariello in the above-referenced matter.

      On April 14, 2025, Your Honor set a briefing schedule for Defendant's post-trial motions, with Defendant's opening brief due on May 5, 2025, Plaintiff's opposition due on May 19, 2025, and Defendant's reply due on May 26, 2025 (ECF No. 363).

      Defendant Tennariello writes to advise the Court that, upon further consideration, he is withdrawing his motions pursuant to Fed. R. Civ. P. 50 and 59 and will not be filing any briefing on these motions.

      Thank you for your consideration herein.

Respectfully submitted,

*/s/ Jacquelyn Dainow*
Jacquelyn Dainow
*Senior Counsel*
Special Federal Litigation Division

cc:    All Counsel of Record  (By ECF)