UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BANYAN,<br><br>        Plaintiff,<br><br>-against-<br><br>POLICE OFFICER CRAIG SIKORSKI, POLICE OFFICER JOSEPH TENNARIELLO,<br><br>        Defendants. | Case No. 1:17-cv-04942 (JLR)<br><br>**JUDGMENT** |

JENNIFER L. ROCHON, United States District Judge:

  The issues in the above-captioned action were brought for a Jury Trial before the Honorable Jennifer L. Rochon, United States District Judge, beginning on April 7, 2025, and concluding on April 14, 2025. The jury rendered a verdict in favor of the Plaintiff against Defendant Police Officer Joseph Tennariello on Plaintiff's Section 1983 claim for excessive force. The jury awarded Plaintiff nominal damages in the amount of $1.00 and no punitive damages, and returned a verdict in favor of Police Officer Craig Sikorski. The Defendants have withdrawn their Rule 50(a), 50(b), and 59 motions. Dkt. 367.

  It is therefore hereby **ORDERED, ADJUDGED AND DECREED** that the Plaintiff, Jonathan Banyan, recover from Defendant Police Officer Joseph Tennariello the total sum of $1.00; and that the Plaintiff recover nothing from, and the complaint be dismissed against, Defendant Police Officer Craig Sikorski.

Dated: May 5, 2025
     New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge