UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BANYAN,<br><br>                *Plaintiff*,<br><br>-against-<br><br>POLICE OFFICER JOSEPH TENNARIELLO,<br>                *Defendant*. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES**<br><br>17-CV-4942 (JLR) |

      PLEASE TAKE NOTICE that upon the Declaration of Joshua Luke Rushing dated May 28, 2025, and the exhibit thereto, the Memorandum of Law dated May 28, 2025, and upon all the papers and proceedings had herein, Plaintiff Jonathan Banyan hereby moves this Court, before the Honorable Jennifer L. Rochon, United States District Judge, at the United States Courthouse for the Southern District of New York, located at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, for an order granting Plaintiff's Motion for Attorney's Fees in the amount of $70,032.70.

Dated: New York, New York
       May 28, 2025

                                                          HUTH REYNOLDS LLP

                              By:   */s/ Joshua Luke Rushing*
                                         Joshua Luke Rushing
                                         Karl C. Huth
                                         Matthew J. Reynolds
                                         41 Cannon Ct.
                                         Huntington, NY 11743

                                         *Attorneys for Plaintiff Jonathan Banyan*