# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Jonathan Banyan

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Joseph Tennariello, Ian Rule, Craig Sikorski,

John Becerra, the City of New York

(List the full name(s) of the defendant(s)/respondent(s).)

17 CV 4942 (   )(   )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Jonathan Banyan

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☑ judgment   ☐ order   entered on: May 5, 2025

(date that judgment or order was entered on docket)

that: was the final judgment in the case, incorporating and merging all previous orders and judgments including but not limited to all summary judgment orders and evidentiary rulings.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

6/4/2025
Dated

Signature*

Joshua Luke Rushing
Name (Last, First, MI)

41 Cannon Ct., Huntington, NY 11743
Address        City        State        Zip Code

(202) 420-9628
Telephone Number

lrushing@huthreynolds.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13